George B. McLane et al., Plaintiffs, v. Louis Romano et al., Defendants.

Bartenders and Beverage Dispensers Union, Local 278, of Hotel and Restaurant Employees International Alliance, etc., et al., Appellants, v. Roy D. Keehn et al., Appellees.

Gen. No. 41,976.

Heard in the third division, first district, this court at the October term, 1941; opinion filed April 26, 1944; rehearing denied May 12, 1944. Harold L. Levy, for appellants; Lawrence S. Jacobson and Grenville Beardsley, of counsel; W. M. Keeley, for certain appellee; A. C. Lewis, *pro se* and for certain other appellee; Charles McGuire, *pro se*; Raymond F. Hayes, *pro se*; J. Glenn Shehee, of counsel. Opinion by JUSTICE KILEY. Not to be published in full.